**STATE v. BROWN**

[339 N.C. 606 (1995)]

STATE OF NORTH CAROLINA v. LEON BROWN

No. 528A93

(Filed 10 Febrary 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 112 N.C. App. 390, 436 S.E.2d 163 (1993), finding no error in defendant's trial resulting in a verdict of guilty of first-degree rape and a judgment of life imprisonment entered by Johnson (E. Lynn), J., on 10 June 1992 in Superior Court, Bladen County. Heard in the Supreme Court 14 September 1994.

*Michael F. Easley, Attorney General, by William N. Farrell, Jr., Senior Deputy Attorney General, for the State.*

*Thomas K. Maher for defendant-appellant.*

*Tharrington, Smith & Hargrove, by Roger W. Smith, for North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justices LAKE and ORR did not participate in the consideration or decision of this case.